AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States District Court
Southern District of Texas
**FILED**

JUN 16 2021

Nathan Ochsner, Clerk

United States of America
v.
Michael Aaron GALVAN
COB: USA
YOB: 1979

*Defendant(s)*

Case No. 7:21mj1330-1

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 15, 2021 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 2252A (a) (5) (B) | Knowingly posesses or knowingly accesses with the intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:

See ATTACHMENT A

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew Shoemaker., HSI Special Agent
*Printed name and title*

Approved by AUSA Robert Guerra

Date: June 16, 2021 @ 6:38pm

City and state: McAllen, Texas

*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

Attachment A

On June 15, 2021, United States Citizen Michael Aaron GALVAN, attempted to make entry at the Progreso, Texas Port of Entry (POE) through primary inspection station. A U.S. Customs and Border Protection (CBPO) Officer received a declaration from GALVAN of controlled medication. Queries through law enforcement databases produced positive results for GALVAN suspected of possessing and sending images of child sexual exploitation. Based upon the positive results, GALVAN was referred into secondary inspection area for further examination.

During the secondary inspection, CBPOs questioned GALVAN as to his international travel. Additional queries through law enforcement databases produced positive results for GALVAN as suspected of possessing and sending images of child sexual exploitation. The CBPO asked GALVAN for his cell phone password. GALVAN became hesitant and the CBPO advised GALVAN that CBP has authorization to conduct searches of electronic devices such as, cellphones, computers, and/or USB's when traveling into the United States from foreign countries. GALVAN was further informed of the reasons why CBP inspect electronic devices such as national security reasons involving terrorists. GALVAN provided the CBPO with his mobile phone password.

A border search of GALVAN's mobile telephone was conducted. The mobile phone search revealed numerous photos of prepubescent children some of which were in seductive poses. Further search revealed multiple videos displaying intercourse between children and adults. CBPOs contacted Homeland Security Special Agents (HSI) to further investigate.

SA Matthew Shoemaker and Eddie A. Ramirez arrived at the POE to investigate. Agents read GALVAN his Miranda Rights; GALVAN waived his rights in writing and agreed to speak with agents.

GALVAN stated that the phone was his and he is the only person with access to it. Agents questioned GALVAN about the mobile phone's contents which included several video media files of minors specifically prepubescent children ranging in ages from approximately five (5) years of age to twelve (12) years of age. The media files displayed the minors engaging in sexually explicit conduct including exposing their genitalia and engaging in sexual intercourse with adults. When questioned as to the phone's contents, GALVAN stated it might have been his seven or nine-year-old son that downloaded the images and videos on the phone despite earlier claiming he was the only one who had access to the device.