# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Case No. 7:21–mj–01330 |
| | § | |
| Michael Aaron Galvan | § | |

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

    Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for June 21, 2021 at 02:30 PM before United States Magistrate Judge J Scott Hacker at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE

Date of order: **June 17, 2021**