United States District Court
Southern District of Texas
FILED

JUN 30 2021

Nathan Ochsner, Clerk

United States District Court
Southern District of Texas
ENTERED
June 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-21-1330-M |
| MICHAEL AARON GALVAN | § | |

**ORDER**

Came on to be considered Government's Motion to Dismiss Criminal Complaint numbered M-21-1330-M without prejudice against MICHAEL AARON GALVAN for the reason stated that the case will be prosecuted in Nueces County. Offense #2106140044, Warrant 21FE-0217-JP11.

It is ORDERED that the Criminal Complaint numbered M-21-1330-M against MICHAEL AARON GALVAN be dismissed without prejudice.

It is further ORDERED that a copy of this Order be given to the U.S. Marshals Service and counsel for the Government.

SIGNED at McAllen, Texas on this the 30th day of June 2021.

J. Scott Hacker
UNITED STATES MAGISTRATE JUDGE